CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

April 7, 2016

Shane Bebout
Todd, Barron, Thomason, Hudman & Baxter, P.C.
3800 E. 42nd Street, Suite 409
Odessa, TX 79762

Johnny Wayne Chambless, II
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos Street, Suite 1500
Austin, TX 78701-3293

Re:     **Shihab Diais and Odessa Dental Solutions, P.A. v. Land Rover Dallas, L.P. and Snell**
        **Motor Company Operators GP, LLC, General Partners # 05-15-00115-CV**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case.  Please note the following typographical error, which has been corrected:

Page 5, second paragraph, replace perseveration with preservation.

Please replace page five of your previous copy with the enclosed.


Sincerely,

/s/ Lisa Matz

Lisa Matz
Clerk of the Court

cc:     Trial court judge
        Trial court clerk